UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Freddie B. Coleman,            )
                               )
        Petitioner,            )
                               )
v.                             )      Civil Action No. 08 0629
                               )
United States of America,      )
                               )
        Respondent.            )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 25 day of March 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice for lack of jurisdiction.

/s/ Rosemary M. Collyer
United States District Judge